LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
JUAN JOSE SANCHEZ VALENCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN SANCHEZ VALENCIA, et. al.,<br><br>　　　　Defendants. | Case No.:  CR S-07-441  GEB<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND ADOPTING NEW SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND OBJECTIONS RE SAME. |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, and defendant, Juan Jose Sanchez Valencia, by and through his counsel, Lindsay Anne Weston that the sentencing hearing in this matter currently scheduled for January 8, 2010, at 9:00 a.m. be continued to February 26, 2010, at 9:00 a.m. and that the Court adopt the following schedule for the disclosure and objections thereon of the pre-sentence report:

| | |
|---|---|
| Disclosure of draft report | January 15, 2010 |
| Written objections to report | January 29, 2010 |
| Disclosure final sentencing report | February 5, 2010 |
| Motion for correction of report | February 12, 2010 |
| Reply or statement of non-opposition | February 19, 2010. |

The basis for this continuance is the defense counsel requests additional time to prepare for the sentencing hearing.

Dated: January 4, 2010                     Respectfully submitted,

                                                  */s/Lindsay Weston*

                                                  Lindsay Anne Weston
                                                  Attorney for Defendant
                                                  JUAN JOSE SANCHEZ VALENCIA


Date: January 4, 2010                      LAWRENCE G. BROWN
                                                  United States Attorney

                                                */s/ Lindsay Weston for Heiko Coppola*

                                                  Heiko Coppola
                                                  Assistant United States Attorney
                                                  Per telephonic and written authorization


**ORDER**

IT IS SO ORDRED.

1/5/10

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge